**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, Acting Warden,<br><br>Respondent. | Case No. 2:22-cv-03845-PA-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("FAP"), Dkt. No. 26; Respondent's Answer to the FAP, Dkt. No. 29; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 32; Petitioner's Objections, Dkt. No. 38; and all of the records and files herein.

The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected and does not find Petitioner's objections persuasive. Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

///

///

IT IS ORDERED that the FAP is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: July 16, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2