JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, Acting Warden,<br><br>Respondent. | Case No. 2:22-cv-03845-PA-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 16, 2025

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE